# Exhibit 3

1

Exhibit 3 to Complaint

Detection of Business Email Compromise
U.S. 10,721,195

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| 1pre. A system for detection of business email compromise, comprising: a processor configured to: | The cited evidence is exemplary and representative. The Accused Products include individual Trend Micro email-security products and integrated Trend Micro systems in which the identified products or components operate together, are centrally administered, report into a shared console, or provide integrated email-security, BEC-detection, suspicious-link, warning, quarantine, reporting, and administrative functionality.<br><br>For purposes of this claim chart, the "first party" corresponds to a trusted or allegedly trusted sender, such as an internal-domain sender, high-profile user, executive, approved organizational user, or sender associated with the protected organization. The "second party" corresponds to the protected recipient or recipient organization. The "third party" corresponds to an external sender distinct from the first party who sends a message that Trend Micro determines may impersonate or spoof the trusted first party, including by using the same display name or a similar domain.<br><br>The Accused Products include Trend Micro email-security and BEC-detection systems configured to detect and respond to business email compromise attacks.<br><br>See https://www.trendmicro.com/en_us/business.html |

2

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | <br><br>**Trend Micro InterScan Messaging Security now Protects you from Business Email Compromise, Ransomware, and More [blog]**<br><br>For the many medium to large size companies interested in a single vendor suite solution that features cross-solution visibility and manageability, Trend Micro™ Smart Protection Complete is an excellent choice.<br><br>https://www.trendmicro.com/vinfo/us/security/threat-intelligence-center/security-strategies-for-enterprises/ent-threats-bec |

3

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| |  https://www.trendmicro.com/en_us/business/products/one-platform.html?utm_campaign=ADC2022_NABU_TM1&utm_medium=VURL&utm_source=General&utm_content=business/products/one-platform.html |

4

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
|  | <br><br>https://www.trendmicro.com/en_us/business/products/one-platform.html?utm_campaign=ADC2022_NABU_TM1&utm_medium=VURL&utm_source=General&utm_content=business/products/one-platform.html |

5

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| 1a. automatically determine that a first party is trusted by a second party, based on at least one of determining that the first party and second party belong to the same organization and that at least a threshold number of messages have been transmitted between the second party and the first party during a period of time that exceeds a threshold time; | The Accused Products automatically determine that a first party is trusted by a second party at least by determining that the first party and second party belong to the same organization or protected domain. For example, Trend Micro Cloud App Security uses "internal domains" owned or controlled by the organization to identify trusted email traffic and to further check incoming messages that claim to be sent from those domains. Trend Micro documentation states that Cloud App Security uses internal domains to identify email traffic transmitting through internal domains, further check messages claimed to be sent from those domains, apply fraud-checking criteria to identify forged messages, and take action on BEC attacks.<br><br>Trend Micro also identifies trusted or high-profile organizational users who are likely to be impersonated. Trend documentation states that TrendAI Email Security allows administrators to add high-profile users likely to be impersonated for detection and classification, including their email display names and optionally email addresses.<br><br>Trend Micro, in its configuration of spam protection, can apply policies to "incoming/outgoing email messages [that] are sent from/to non-internal domains." |

6

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Configuring Advanced Spam Protection**<br><br>**Procedure**<br><br>1. Select **Advanced Spam Protection.**<br><br>2. Enable Advanced Spam Protection.<br><br>3. Optionally select **Allow Trend Micro to collect suspicious email information to improve its detection capabilities.**.<br><br>4. Configure rule settings.<br><br>**Setting: Apply to**<br>**Description:** Select the scope of email messages that Advanced Spam Protection applies to.<br><br>○ **All messages:** means that this policy applies to incoming, outgoing, and internal email messages. Incoming/outgoing email messages are sent from/to non-internal domains.<br><br>○ **Incoming messages:** means that this policy applies only to incoming email messages sent from non-internal domains.<br><br>**Note**<br>For details about internal domains, see **Configuring the Internal Domain List**<br><br>For Exchange Online (Inline Mode), the scope is fixed to **Inbound messages** for inbound protection and **Outbound messages** for outbound protection. Inbound messages are sent from outside your organization to an address inside the organization, while outbound messages are sent from your organization to external addresses. |

7

Exhibit 3 to Complaint

## Advanced Spam Protection

Cloud Email and Collaboration Protection leverages **Content Scanning** to provide advanced spam protection, as a complement to the email protection service on your email gateway side, to further protect your email service users from graymail, scam, BEC, ransomware, advanced phishing, and other high-profile attacks. It uses the following components to implement heuristic policies when detecting unwanted content, or blocking, or automatically allowing an email message:

- TrendAI™ Antispam Engine

- TrendAI™ spam pattern files

TrendAI™ updates both the engine and pattern files frequently and makes them available for download. Cloud Email and Collaboration Protection automatically downloads these components through a scheduled update.

The Antispam engine uses spam signatures and heuristic rules to filter email messages. It scans email messages and assigns a spam score to each one based on how closely it matches the rules and patterns from the pattern file. It then compares the score to the user-defined spam detection level, and sends the result to Cloud Email and Collaboration Protection. When the spam score exceeds the detection level, Cloud Email and Collaboration Protection takes action against the email message based on the category that the message falls into. You cannot modify the method that the Antispam engine uses to assign spam scores, but can adjust the detection levels used by Cloud Email and Collaboration Protection to decide what is spam and what is not spam.

The antispam engine also leverages its TrendAI™ Email Behaviour Analysis (EBA) module to detect graymail messages and scams:

- Graymail: Solicited bulk email messages that do not fit the definition of spam email messages. They could reasonably be considered either spam or good by different users.

- Scam: An attempt to defraud a person or group after first gaining their confidence, for example, advance-fee schemes such as 419 scams, lottery scams, and bitcoin scams.

In addition, Cloud Email and Collaboration Protection integrates with Trend Micro's Writing Style DNA as an additional layer of protection for your organization's users against BEC threats. For more information, see **About writing style DNA**.

**Related information**

- **About writing style DNA**

- **Configure Advanced Spam Protection**

8

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-advanced-spam-protection |

The Accused Products are also configured with an applicable internal domain list reflecting where the first party and the second party belong to the same organization:

## Configuring the Internal Domain List

An internal domain is a domain owned or controlled by your organization. According to Advanced Threat Protection policy configurations, Cloud App Security uses internal domains as global settings to:

- Identify email traffic transmitting through your internal domains from incoming email messages.

- Exclude them from Web Reputation scanning if they are added to the approved URL list.

- Further check email messages claimed to be sent from these domains, apply fraud checking criteria to identify forged messages, and take actions on the BEC attacks.

For details about how to configure internal domains, see Internal Domains.

https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-configuring-internal-domain-list

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Internal Domains**<br><br>An internal domain is a domain owned or controlled by your organization. Cloud App Security uses internal domains to identify trusted email traffic from incoming email messages. Advanced Threat Protection policies will disregard email messages that transmit through your internal domains according to the policy configurations. That is, when Advanced Threat Protection policies apply to incoming email messages only, no policy violations will be triggered for the internal domains.<br><br>Internal domains apply to policies for Office 365 services and Gmail, and these domains can be added to the approved URL list to exclude from Web Reputation scanning.<br><br>Internal domains also apply to Exchange Online and Gmail policies as global settings for advanced message scanning and detection against BEC attacks.<br><br>**Related information**<br><br>• Configuring Internal Domains<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-internal-domains<br><br>Trend Micro also can be configured to also monitor activity threshold limits, *e.g.*, a threshold limit of "no prior contact history" and "has not sent any email in at least the past 30 days." |

10

Exhibit 3 to Complaint



| Unusual Signal Detection | (Exchange Online only)

**Note**
This feature is not available for Exchange Online (Inline Mode).

Unusual signals are the behavior or traits of an email that look suspicious to Cloud App Security. A single unusual signal does not mean a definite threat but can indicate possible risks. When detecting one unusual signal in an email message, Cloud App Security supports taking the action for **Unusual Signal** on the message. For details about unusual signals, see **Unusual Signals**.

- Select whether to check for external senders with any of the following suspicious attributes:
  - The sender's display name matches the High Profile Users list.
    This feature requires that you **configure the High Profile Users list.**
  - The sender has not sent any email in at least the past 30 days.
    The sender can be from an existing domain or a newly registered one.

    **Note**
    Cloud App Security determines whether a sender meets the criteria based on the information collected by Trend Micro.

- Select whether to check for other unusual signals.
  The following are some examples:
  - Anomalous brand behavior
  - URL similar to a known malicious link
  - Unfamiliar sender discussing payment related issues

  Trend Micro will keep adding new unusual signals to help you detect more email behavior or traits that deviate from what is normal or usual.

11

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://www.trendmicro.com/content/dam/trendmicro/global/en/business/products/user-protection/email-and-collaboration/cloud-email-gateway-services/ds_email_security.pdf |

12

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Unusual Signals**<br><br>The following table lists the unusual signals that Cloud App Security can detect.<br><br>| Signal | Description |<br>\|---\|---\|<br>\| Account-Takeover \| This sender account might be compromised. \|<br>\| Unusual-URL \| The URLs in the email are similar to those found in other malicious emails. \|<br>\| Payment-PDF-Free-Email \| This message originates from a free email service and discusses payment-related issues in a PDF attachment. \|<br>\| Payment-HTML-Free-Email \| This message originates from a free email service and discusses payment-related issues in an HTML attachment. \|<br>\| Payment-HTML-NB-Account \| This account has no prior contact history with you and discusses payment-related issues in an HTML attachment. \|<br>\| Forged-Brand \| The sender claims to be a well-known brand. However, the behavior of the sender does not match the known behavior of the brand. \|<br>\| Suspicious-Notify \| The attachment might contain links used for malicious activity. \|<br><br>*Id.* |

13

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| 1b. receive a message addressed to the second party from a third party, the third party distinct from the first party; | Trend Micro email-security products receive and process inbound email messages addressed to protected recipients. For example, Deep Discovery Email Inspector tracks email messages that pass through the product, including blocked and delivered messages, and records message details including sender and recipients.<br><br>Trend Micro products receive a message addressed to the second party from a third party, the third party distinct from the first party. For example, an email from third party (such as markus@zapfraud-inc.com) that is distinct from a first party (an employee of an organization with the same display name as the third party), sent to a second party (the recipient) is detected as a potential risk: |

14

Exhibit 3 to Complaint



## Add Approved Senders

Add or remove trusted email accounts to prevent **Trend Micro Antispam Toolbar** from marking emails from them as spam.

1. Click the **Approved Senders** tab.

2. Click **Update from contacts** to import all email addresses from your default lists of contacts into the **Approved Senders** list.

   - Click **Add** to put a single email address on the list.

   - Click **Edit** to change an email address you selected on the list.

   - Click **Remove** to delete an email address you selected from the list.

3. Check the box for ☑ **Whenever you send an email, add the address to the list of Approved Senders automatically**.

4. Click **OK** to save the changes.

15

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://helpcenter.trendmicro.com/en-us/article/tmka-10500<br><br>Trend Micro further explains the options for approving email senders:<br><br>**Configuring Approved and Blocked Sender Lists**<br><br>Configure the **Approved Senders** and **Blocked Senders** lists to control which email messages Trend Micro Email Security scans. Specify the senders to allow or block using specific email addresses or entire domains.<br><br>For example, `*@example.com` specifies all senders from the `example.com` domain.<br><br>Evaluation is done in the following order:<br><br>    1. Blocked sender list of an end user's email address<br><br>    2. Blocked sender list of managed domains or the entire organization<br><br>    3. Approved sender list of an end user's email address<br><br>    4. Approved sender list of managed domains or the entire organization<br><br>📝 **Note**<br>Approved senders of an end user's email address will not override blocked senders for the corresponding domain or organization. For example, assume that `*@example.com` is in the blocked sender list of the administrator console, and `john@example.com` is in the approved sender list of an end user. Messages from `john@example.com` will still be blocked.<br>IP reputation-based filters use only IP address data to filter messages. You can also use sender email address and domain to filter incoming messages. Approved senders bypass IP reputation-based filtering at the MTA connection level.<br><br>Lists of approved or blocked senders are managed using the following tabs on the **Inbound Protection → Connection Filtering → Sender Filter** screen: |

16

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | <ul><li>**Approved Senders**<br>Trend Micro Email Security will not perform the following checks on email messages from senders added to this list:<ul><li>IP reputation-based filtering</li><li>Unknown sender domain check</li><li>Spam</li><li>BEC</li><li>Phishing</li><li>Social engineering attack</li><li>Web reputation</li><li>Graymail</li></ul>Trend Micro Email Security still performs virus scanning and content filtering on all messages received and takes the action configured in policy rules once detecting any virus or content filtering violation.</li><li>**Blocked Senders**<br>Trend Micro Email Security automatically blocks messages sent from addresses or domains added to the blocked list without submitting the messages to any scanning.</li></ul>The **Approved Senders** and **Blocked Senders** tables display the following information:<ul><li>**Status**: Specifies whether the senders added to a recipient are enabled</li><li>**Recipient**: The recipient for which you approved or blocked the specified sender. The options include the entire organization, a managed domain, or a specific recipient address in a managed domain.</li></ul> |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
|  | https://docs.trendmicro.com/en-us/documentation/article/trend-micro-email-security-online-help-configuring-approved <br><br> **Display Name Spoofing Detection** <br><br> Optionally select the check box to enable display name spoofing detection. By default, this option is disabled. <br><br> Cloud App Security checks the display name of an external sender to find out whether the name is similar to or the same as the one used in your organization, and then analyzes email messages from the sender to determine whether the message is a scam, phishing, BEC, or ransomware attack. Cloud App Security takes the configured action based on the category of threat detected to protect users of your organization from email impersonation attacks using display name spoofing. <br><br> **Note** <br><br> ○ If you want to exclude certain external senders from this detection, go to **Administration → Global Settings → Display Name Spoofing Detection Exception List** and add the sender email addresses to the exception list. <br><br> ○ This feature is not available for the outbound protection of Exchange Online (Inline Mode). |

18

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
|  | **Configure display name spoofing detection exception list**<br><br>The Display Name Spoofing Detection Exception List specifies the email addresses of external senders that you believe are trusted and want to skip from display name check for email impersonation attacks using display name spoofing.<br><br>Display name spoofing is when an attacker forges the display name of an email message to make the message look like it comes from someone you know or a trusted source, for example, an executive of your organization, but the email address behind it is incorrect. Such attack aims to trick the victims into divulging sensitive personal or business information for sabotage or money.<br><br>As a global setting, the exception list is applicable to all enabled Advanced Threat Protection policies for your email service, that is, Exchange Online or Gmail.<br><br>**Procedure**<br><br>1. In Cloud Email and Collaboration Protection, go to **Policies → Global Settings → User-Defined Lists → Display Name Spoofing Detection Exception List**.<br><br>2. Perform the following tasks:<br><br>    ○ Click **Add**, on the **Add Email Address** screen that appears, specify the email address that you want Cloud Email and Collaboration Protection to skip from display name check, and then click **Save**.<br><br>        📝 **Note**<br>        A maximum of 500 email addresses can be added.<br><br>    ○ Select one or multiple email addresses, click **Delete** to remove them from the exception list, and then click **OK**.<br><br>3. Click **OK**.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-display-spoofing-detection |

19

Exhibit 3 to Complaint



| Unusual Signal Detection | (Exchange Online only)<br><br>📝 **Note**<br>This feature is not available for Exchange Online (Inline Mode).<br><br>Unusual signals are the behavior or traits of an email that look suspicious to Cloud App Security. A single unusual signal does not mean a definite threat but can indicate possible risks. When detecting one unusual signal in an email message, Cloud App Security supports taking the action for **Unusual Signal** on the message. For details about unusual signals, see Unusual Signals.<br><br>○ Select whether to check for external senders with any of the following suspicious attributes:<br><br>  ▪ The sender's ==display name== matches the High Profile Users list.<br><br>  This feature requires that you **configure the High Profile Users list**.<br><br>  ▪ The sender has not sent any email in at least the past 30 days.<br><br>  The sender can be from an existing domain or a newly registered one.<br><br>  📝 **Note**<br>  Cloud App Security determines whether a sender meets the criteria based on the information collected by Trend Micro.<br><br>○ Select whether to check for other unusual signals.<br><br>The following are some examples:<br><br>  ▪ Anomalous brand behavior<br><br>  ▪ URL similar to a known malicious link<br><br>  ▪ Unfamiliar sender discussing payment related issues<br><br>Trend Micro will keep adding new unusual signals to help you detect more email behavior or traits that deviate from what is normal or usual. |

20

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Configure unusual signal criteria**<br><br>Unusual signals are the behavior or traits of an email that look suspicious to Cloud Email Gateway Protection. A single unusual signal does not mean a definite threat but can indicate possible risks. When detecting one unusual signal in an email message, Cloud Email Gateway Protection supports taking action on the message. For details about unusual signals, see **Unusual signals**.<br><br>**Note**<br>TrendAI™ recommends that you use the "Do not intercept messages" and "Insert stamp in body" actions for unusual signal detection. A default stamp "Unusual signal detection" is available for use.<br><br>**Procedure**<br>1. Select **Unusual signal**.<br><br>**Related information**<br>• **Unusual signals**<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-configuring-unusual-signal-criteria |
| 1c. perform a risk determination of the received message to determine if the received message poses a risk by determining that a display name of the first party and a display name of third party are | The Accused Products perform a risk determination by identifying whether an incoming message appears to impersonate a trusted first party, including by comparing display names associated with high-profile or trusted organizational users. Trend Micro documentation states that TrendAI Email Security checks incoming email messages claimed to be sent from high-profile users and applies fraud-checking criteria to identify forged messages.<br><br>Trend Micro performs a risk determination of the received message to determine if the received message poses a risk by determining that a display name of the first party and a display name of third |

21

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| the same or that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string distance below a first threshold, or being conceptually similar based on a list of conceptually similar character strings; | party are the same or that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string distance below a first threshold, or being conceptually similar based on a list of conceptually similar character strings.<br><br>For example, Trend Micro is configured to perform display-name spoofing / impersonation detection by comparing incoming sender display names against configured high-profile users or trusted organizational users.<br><br>Display Name Spoofing Detection — Optionally select the check box to enable display name spoofing detection. By default, this option is disabled.<br><br>Cloud App Security checks the display name of an external sender to find out whether the name is similar to or the same as the one used in your organization, and then analyzes email messages from the sender to determine whether the message is a scam, phishing, BEC, or ransomware attack. Cloud App Security takes the configured action based on the category of threat detected to protect users of your organization from email impersonation attacks using display name spoofing.<br><br>**Note**<br><br>○ If you want to exclude certain external senders from this detection, go to **Administration → Global Settings → Display Name Spoofing Detection Exception List** and add the sender email addresses to the exception list.<br><br>○ This feature is not available for the outbound protection of Exchange Online (Inline Mode). |

22

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
|  | ### Configure display name spoofing detection exception list<br><br>The Display Name Spoofing Detection Exception List specifies the email addresses of external senders that you believe are trusted and want to skip from display name check for email impersonation attacks using display name spoofing.<br><br>Display name spoofing is when an attacker forges the display name of an email message to make the message look like it comes from someone you know or a trusted source, for example, an executive of your organization, but the email address behind it is incorrect. Such attack aims to trick the victims into divulging sensitive personal or business information for sabotage or money.<br><br>As a global setting, the exception list is applicable to all enabled Advanced Threat Protection policies for your email service, that is, Exchange Online or Gmail.<br><br>**Procedure**<br><br>1. In Cloud Email and Collaboration Protection, go to **Policies → Global Settings → User-Defined Lists → Display Name Spoofing Detection Exception List**.<br><br>2. Perform the following tasks:<br><br>   ○ Click **Add**, on the **Add Email Address** screen that appears, specify the email address that you want Cloud Email and Collaboration Protection to skip from display name check, and then click **Save**.<br><br>      📝 **Note**<br>      A maximum of 500 email addresses can be added.<br><br>   ○ Select one or multiple email addresses, click **Delete** to remove them from the exception list, and then click **OK**.<br><br>3. Click **OK**.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-display-spoofing-detection |

23

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | Trend Micro can also be configured to combine multiple factors and thresholds to detect similarities: |

24

Exhibit 3 to Complaint



25

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | *Id.*<br><br>This is an "or" limitation and nothing further is required.  Nevertheless, on information and belief Trend Micro determines that a domain name is similar by string distance or conceptual similar character strings.<br><br>Another example is Trend Micro's Business Email Compromise technology that includes examining email header components:<br><br> |

26

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://www.trendmicro.com/en_us/business/products/email-security.html |
| 1d. responsive to the first party being trusted by the second party, and the received message is determined to pose a risk, automatically perform a security action and a report generation action without having received any user input from a user associated with the second party in response to the message, | The Accused Products are configured to automatically perform security actions and report-generation actions when a message is determined to pose a risk, without requiring user input from the protected recipient in response to the message. For example, Trend Micro Deep Discovery Email Inspector policy actions include terminal actions such as Delete message, Change recipient, Block and quarantine, and Deliver directly. Trend Micro documentation further describes actions including Pass and tag, inserting headers or stamps, stripping attachments, sanitizing files, and sending notifications. These actions are applied automatically according to configured policies when a message matches the relevant rule.<br><br>Trend Micro also generates message-tracking records and logs for messages processed by the system. Deep Discovery Email Inspector tracks blocked and delivered email messages and records message details including the sender, recipients, and policy action taken. |

27

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
|  | <br><br>https://www.trendmicro.com/en_us/business/products/detection-response/attack-surface-management.html |

28

Exhibit 3 to Complaint

Create, manage, and schedule reports designed to present an overview of your company's security posture utilizing security data within your environment. Report templates gather information from various Trend Vision One apps and generate reports in formats that are easy to share with stakeholders within your company. Additionally, you can locate the reports manually exported from the Trend Vision One apps.

The following table outlines the tabs on the **Reports** screen (**Dashboards and Reports → Reports**).

| Tab | Description |
|---|---|
| Report Templates | Allows you to create a custom report or create a report using a template <br><br> • Click **Create custom report** and follow the on-screen instructions to **create a custom report**. <br><br> • Click a template title to **create a report from a template**. <br><br> • Click **View CSV Fields** to see a list of data fields included in a CSV report. <br><br> • Click **View PDF Sample** to see a preview of the PDF report format. |
| Generated Reports | Displays all previously generated reports and status information <br><br> The **Generated Reports** tab contains two subtabs: **Reports Created from Templates** and **Reports Exported from Trend Vision One Apps**. On either of the tabs: <br><br> • Click the download icon (⬇) in the **Download** column to download a report. <br><br> • To delete generated reports, select any number of reports and click **Delete**. <br><br> 📝 **Note** <br> Deleting a report only deletes the generated CSV or PDF and does not delete any related schedules. |
| Scheduled Report Settings | Allows you to manage and configure report settings for scheduled report generation <br><br> • Click a report name to view or edit the settings of a scheduled **template report** or **custom report**. <br><br> • To delete a reports schedule, select any number of reports and click **Delete**. |

29

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-reports |
| 1e. wherein the security action comprises marking the message up with a warning or quarantining the message, | The security action includes quarantining and/or marking up the message with a warning. Trend Micro Deep Discovery Email Inspector policy actions include "Block and quarantine," which stores a copy of the message in quarantine. Trend Micro documentation also describes "Pass and tag," subject tags, X-headers, stamps, and recipient notifications that can be configured for detected messages.<br><br>Trend Micro performs a security action comprising marking the message up with a warning or quarantining the message<br><br>For example, Trend Micro email inspector product identifies, blocks, and quarantines messages: |

30

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
|  |  https://www.trendmicro.com/en_us/business/products/user-protection/sps/email-and-collaboration/email-inspector.html |

31

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
|  |   *Id.* |
| 1f. wherein the report generating action comprises including information about the received | The Accused Products perform a report-generating action by including information about the received message in administrator-accessible message-tracking logs, reports, or dashboards. For example, Deep Discovery Email Inspector's Email Message Tracking feature tracks any email message that passed through the product, including blocked and delivered messages, and records message details including the sender, recipients, and the policy action taken. Message-tracking logs also indicate whether an email message was received or sent by Deep Discovery Email Inspector and provide evidence about |

32

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| message in a report accessible to an admin of the system; and | the product's investigation of the email message. |

33

Exhibit 3 to Complaint

**Solution Brief**



According to ESG, organizations with Trend XDR are 2.2 times more likely to detect an attack, save up to 79% on security costs, and improve response time by 70%.

· **Earlier detection:** XDR improves your team's visibility and reduces silos to unearth threats evading detection by hiding in between security silos amid disconnected solution alerts
· **Advanced correlation:** By leveraging native and third-party data, your security team is enabled to deliver deep activity data—not just XDR detections—across endpoint, email, server, cloud workloads, and networks
· **Optimized detection modeling:** Threat intelligence incorporates more sources and research insight to enrich detection and investigation to deliver greater context to your team
· **Faster investigation:** By quickly visualizing the full attack story, XDR automatically pieces together fragments of malicious activity across your security layers
· **Complete response:** Enacting embedded response options across multiple security layers enables your security team to prioritize, automate, and accelerate response actions from one location

**Experience Trend Vision One**

**Platform trial**

Explore the entire Trend Vision One platform free for 30 days. Access powerful XDR capabilities, leading attack surface management tools, and award-winning global threat intelligence.

**Get started today.**

**Essential access for Trend protection customers**

Trend customers are entitled to complimentary Trend Vision One™ Essential Access for the duration of their protection product license.

**Learn how to activate and access your account.**

Essential Access includes a subset of Trend Vision One apps including:

| **Reporting and visibility** | **Workflow and automation** |
|---|---|
| · Executive dashboard | · Third-party integration |
| · Operations dashboard | · Service gateway |
| **Assessment – uncover malicious activity** | · Playbooks |
| · At-risk mailbox | **Product Connector** |
| · At-risk endpoint | · Protection product connection |
| · At-risk users | **Threat identification and hunting** |
| · At-risk cloud apps | · Targeted attack detection |
| · Trend Phishing Simulation | · Search |
| **Threat intelligence** | **Admin** |
| · Intelligence report | · Audit logs |
| · Suspicious object management | · Credit usage |
| · Third-party intelligence (TAXII, MISP) | · User accounts |
| · Campaign intelligence | · Notifications |
| · Vulnerability intelligence | · Console and support settings |

34

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| | https://www.trendmicro.com/en_us/business/products/one-platform.html |
| 1g. a memory coupled to the processor and configured to provide the processor with instructions. | For cloud-based implementations, the processor and memory are part of Trend Micro's hosted server infrastructure; for on-premises implementations, they are part of the deployed Trend Micro appliance, server, or customer-hosted computing environment.<br><br>Trend Micro software products are executed on computers that include a memory coupled to the processor and configured to provide the processor with instructions. For example, software as a service:<br><br>**Dual-Layer Email Protection Package**<br><br>Cloud App Security Advanced is also part of **Trend Micro™ Smart Protection for Microsoft 365**, which provides complete threat protection against phishing, BEC, ransomware, internal email risks, and file sharing risks. It combines the advantages of Cloud App Security Advanced with a software as a service (SaaS) email gateway to add pre-delivery filtering for spam and phishing emails along with outbound DLP and email encryption controls.<br><br>https://www.trendmicro.com/en_us/business/products/user-protection/sps/email-and-collaboration/cloud-app-security.html |