# Exhibit 4

Exhibit 4 to Complaint

Detection of Business Email Compromise
U.S. 11,595,336 - Reflects Certificate of Correction

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| 1pre. A system for detection of email risk, comprising: | The cited evidence is exemplary and representative. The Accused Products include individual Trend Micro email-security products and integrated Trend Micro systems in which the identified products or components operate together, are centrally administered, report into a shared console, or provide integrated email-risk, BEC-detection, suspicious-link, URL-rewriting, warning, quarantine, reporting, and administrative functionality.<br><br>For purposes of this claim chart, the “first party” corresponds to a trusted or allegedly trusted sender, such as an approved sender, allowlisted sender, whitelisted sender, address-book contact, high-profile user, executive, or other sender treated as trusted by the protected user or organization. The “second party” corresponds to the protected recipient or recipient organization. The “third party” corresponds to an external sender distinct from the first party who sends a message that Trend Micro determines may impersonate or spoof the trusted first party, including by using the same display name, a similar domain, or a suspicious hyperlink.<br><br>The Accused Products include Trend Micro email-security and email-risk detection systems configured to detect, analyze, and respond to email risks, including BEC, phishing, spoofing, suspicious links, malicious URLs, and related email-security threats.<br>See https://www.trendmicro.com/vinfo/us/security/threat-intelligence-center/security-strategies-for-enterprises/ent-threats-bec |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | Trend Micro InterScan Messaging Security now Protects you from Business Email Compromise, Ransomware, and More [blog]<br><br>For the many medium to large size companies interested in a single vendor suite solution that features cross-solution visibility and manageability, Trend Micro™ Smart Protection Complete is an excellent choice.<br><br>https://www.trendmicro.com/vinfo/us/security/threat-intelligence-center/security-strategies-for-enterprises/ent-threats-bec |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| |   https://www.trendmicro.com/en_us/business/products/one-platform.html?utm_campaign=ADC2022_NABU_TM1&utm_medium=VURL&utm_source=General&utm_content=business/products/one-platform.html |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| |  <br><br>https://www.trendmicro.com/en_us/business/products/one-platform.html?utm_campaign=ADC2022_NABU_TM1&utm_medium=VURL&utm_source=General&utm_content=business/products/one-platform.html |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| 1a. a processor configured to: automatically determine that a first party is considered by the system to be trusted by a second party, based on at least one of determining that the first party is on a whitelist and that the first party is in an address book associated with the second party; | The Accused Products automatically determine that a first party is considered trusted by a second party by determining that the first party is on an approved-sender list, allowlist/whitelist, trusted-sender list, approved domain list, or address-book/contact-list-derived list associated with the second party, the second party's organization, or an administrator-controlled policy. For example, Trend Micro documentation describes approved and blocked sender lists that control which email messages are scanned and allows senders to be allowed or blocked using specific email addresses or entire domains. Trend Micro documentation also identifies approved senders as trusted senders.<br>Trend Micro maintains a whitelist, *e.g.*, an approved senders list: |

# Add Approved Senders

Add or remove trusted email accounts to prevent **Trend Micro Antispam Toolbar** from marking emails from them as spam.

1. Click the **Approved Senders** tab.

2. Click **Update from contacts** to import all email addresses from your default lists of contacts into the **Approved Senders** list.
   - Click **Add** to put a single email address on the list.
   - Click **Edit** to change an email address you selected on the list.
   - Click **Remove** to delete an email address you selected from the list.
3. Check the box for ☑ **Whenever you send an email, add the address to the list of Approved Senders automatically**.
4. Click **OK** to save the changes.

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| | https://helpcenter.trendmicro.com/en-us/article/tmka-10500<br><br>Trend Micro further explains the options for approving email senders:<br><br>**Configuring Approved and Blocked Sender Lists**<br><br>Configure the **Approved Senders** and **Blocked Senders** lists to control which email messages Trend Micro Email Security scans. Specify the senders to allow or block using specific email addresses or entire domains.<br><br>For example, `*@example.com` specifies all senders from the example.com domain.<br><br>Evaluation is done in the following order:<br>1. Blocked sender list of an end user's email address<br>2. Blocked sender list of managed domains or the entire organization<br>3. Approved sender list of an end user's email address<br>4. Approved sender list of managed domains or the entire organization<br><br>**Note**<br>Approved senders of an end user's email address will not override blocked senders for the corresponding domain or organization. For example, assume that *@example.com is in the blocked sender list of the administrator console, and john@example.com is in the approved sender list of an end user. Messages from john@example.com will still be blocked.<br>IP reputation-based filters use only IP address data to filter messages. You can also use sender email address and domain to filter incoming messages. Approved senders bypass IP reputation-based filtering at the MTA connection level.<br><br>Lists of approved or blocked senders are managed using the following tabs on the **Inbound Protection → Connection Filtering → Sender Filter** screen: |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | • **Approved Senders**<br>Trend Micro Email Security will not perform the following checks on email messages from senders added to this list:<br>◦ IP reputation-based filtering<br>◦ Unknown sender domain check<br>◦ Spam<br>◦ BEC<br>◦ Phishing<br>◦ Social engineering attack<br>◦ Web reputation<br>◦ Graymail<br>Trend Micro Email Security still performs virus scanning and content filtering on all messages received and takes the action confi in policy rules once detecting any virus or content filtering violation.<br>• **Blocked Senders**<br>Trend Micro Email Security automatically blocks messages sent from addresses or domains added to the blocked list without submitting the messages to any scanning.<br>The **Approved Senders** and **Blocked Senders** tables display the following information:<br>• **Status**: Specifies whether the senders added to a recipient are enabled<br>• **Recipient**: The recipient for which you approved or blocked the specified sender. The options include the entire organization, a managed domain, or a specific recipient address in a managed domain.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-micro-email-security-online-help- |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | configuring-approved<br><br>Trend Micro also allows for a whitelist associated within a particular domain, referred to an "Internal Domains." |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Configuring Advanced Spam Protection**<br><br>**Procedure**<br><br>1. Select **Advanced Spam Protection.**<br>2. Enable Advanced Spam Protection.<br>3. Optionally select **Allow Trend Micro to collect suspicious email information to improve its detection capabilities.**.<br>4. Configure rule settings.<br><br>**Setting** / **Description**<br><br>Apply to: Select the scope of email messages that Advanced Spam Protection applies to.<br>◦ **All messages:** means that this policy applies to incoming, outgoing, and internal email messages. Incoming/outgoing email messages are sent from/to non-internal domains.<br>◦ **Incoming messages:** means that this policy applies only to incoming email messages sent from non-internal domains.<br><br>**Note**<br>For details about internal domains, see Configuring the Internal Domain List<br>For Exchange Online (Inline Mode), the scope is fixed to **Inbound messages** for inbound protection and **Outbound messages** for outbound protection. Inbound messages are sent from outside your organization to an address inside the organization, while outbound messages are sent from your organization to external addresses. |

| | |
|---|---|
| | **About standard IP reputation settings**<br><br>TrendAI™ Email Security makes use of TrendAI™ Email Reputation Services (ERS) Standard Service and Advanced Service.<br><br>**Standard IP Reputation Settings** use TrendAI™ Email Reputation Services Standard Service, which helps block spam by validating requested IP addresses against the TrendAI™ standard IP reputation database, powered by the TrendAI™ Threat Prevention Network. This ever-expanding database currently contains over a billion IP addresses with reputation ratings based on spamming activity. TrendAI™ spam investigators continuously review and update these ratings to ensure accuracy.<br><br>TrendAI™ Email Security makes a query to the standard IP reputation database server whenever it receives an email message from an unknown host. If the host is listed in the standard IP reputation database, that message is reported as spam.<br><br>You can choose which lists to enable from the standard IP reputation database. By default, all lists are enabled. The default setting is the most effective for reducing spam levels, and it meets the needs of most customers.<br><br>**Note**<br>If you disable some portions of the standard IP reputation database, you may see an increase in the amount of spam messages that reach your internal mail server for additional content filtering.<br><br>The standard IP reputation database includes the following lists:<br><br>• **Known Spam Source List**: The Known Spam Source List (KSSL) is a list of IP addresses of mail servers that are known to be sources of spam.<br><br>• **Dynamic User List**: The Dynamic User List (DUL) is a list of dynamically assigned IP addresses, or those with an acceptable use policy that prohibits public mail servers. Most entries are maintained in cooperation with the ISP owning the network space. IP addresses in this list should not be sending email directly but should be using the mail servers of their ISP.<br><br>• **Emerging Threat List**: The Emerging Threat List (ETL) is a list of IP addresses identified as involved in active ransomware, malware, or other email threat campaigns.<br><br>**Note**<br>To avoid false positives from a trusted partner company, go to **Inbound Protection → Connection Filtering → IP Reputation**, and add the IP address for their MTA to the **Approved IP Address** list.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-micro-email-security-online-help- |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | about-standard-ip-re<br><br>Trend Micro may also configure an applicable internal domain list:<br><br>**Configuring the Internal Domain List**<br><br>An internal domain is a domain owned or controlled by your organization. According to Advanced Threat Protection policy configurat Cloud App Security uses internal domains as global settings to:<br><br>• Identify email traffic transmitting through your internal domains from incoming email messages.<br>• Exclude them from Web Reputation scanning if they are added to the approved URL list.<br>• Further check email messages claimed to be sent from these domains, apply fraud checking criteria to identify forged messages take actions on the BEC attacks.<br><br>For details about how to configure internal domains, see Internal Domains.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-configuring-internal-domain-list |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Internal Domains**<br><br>An internal domain is a domain owned or controlled by your organization. Cloud App Security uses internal domains to identify truste email traffic from incoming email messages. Advanced Threat Protection policies will disregard email messages that transmit through internal domains according to the policy configurations. That is, when Advanced Threat Protection policies apply to incoming email messages only, no policy violations will be triggered for the internal domains.<br><br>Internal domains apply to policies for Office 365 services and Gmail, and these domains can be added to the approved URL list to excl from Web Reputation scanning.<br><br>Internal domains also apply to Exchange Online and Gmail policies as global settings for advanced message scanning and detection ag BEC attacks.<br><br>**Related information**<br><br>• Configuring Internal Domains<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-internal-domains |
| 1b. receive a message addressed to the second party from a third party, the third party distinct from the first party; | Trend Micro email-security products receive and process inbound email messages addressed to protected recipients. For example, Deep Discovery Email Inspector tracks email messages that pass through the product, including blocked and delivered messages, and records message details including sender and recipients.<br><br>Trend Micro products receive a message addressed to the second party from a third party, the third party distinct from the first party. For example, an email from third party (such as markus@zapfraud-inc.com) that is distinct from a first party (an employee of an organization with the same display name as the third party), sent to a second party (the recipient) is detected as a potential risk: |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | |

Exhibit 4 to Complaint

| | # Add Approved Senders<br><br>Add or remove trusted email accounts to prevent **Trend Micro Antispam Toolbar** from marking emails from them as spam.<br><br>1. Click the **Approved Senders** tab.<br><br><br><br><br>2. Click **Update from contacts** to import all email addresses from your default lists of contacts into the **Approved Senders** list.<br>• Click **Add** to put a single email address on the list.<br>• Click **Edit** to change an email address you selected on the list.<br>• Click **Remove** to delete an email address you selected from the list.<br><br>3. Check the box for ☑ **Whenever you send an email, add the address to the list of Approved Senders automatically**.<br>4. Click **OK** to save the changes. |
|---|---|

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://helpcenter.trendmicro.com/en-us/article/tmka-10500<br><br>Trend Micro uses domain spoofing protection for email purportedly within the same domain.<br><br>DOMAIN SPOOFING PROTECTION (DMARC, SPF, DKIM)<br><br>A popular way to conduct a forged email attack is by faking the "Mail From" address. This will give the illusion that the email is coming from an internal sender (same domain as the recipient) or a well-known service provider or internet domain. Simple Mail Transfer Protocol (SMTP) authentication or email validation techniques such as Sender Policy Framework (SPF), DomainKeys Identified Mail (DKIM), and Domain-based Message Authentication, Reporting and Conformance (DMARC) were developed over the years to detect and prevent email spoofing.<br><br>Domain spoofing protection is included in Hosted Email Security™, InterScan™ Messaging Security Virtual Appliance, and Deep Discovery™ Email Inspector.<br><br>https://www.trendmicro.com/en_us/business/products/user-protection/sps/email-and-collaboration/email-office365.html<br><br>Trend Micro further explains the options for approving email senders: |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Configuring Approved and Blocked Sender Lists**<br><br>Configure the **Approved Senders** and **Blocked Senders** lists to control which email messages Trend Micro Email Security scans. Specify t senders to allow or block using specific email addresses or entire domains.<br><br>For example, `*@example.com` specifies all senders from the example.com domain.<br><br>Evaluation is done in the following order:<br><br>1. Blocked sender list of an end user's email address<br>2. Blocked sender list of managed domains or the entire organization<br>3. Approved sender list of an end user's email address<br>4. Approved sender list of managed domains or the entire organization<br><br>**Note**<br>Approved senders of an end user's email address will not override blocked senders for the corresponding domain or organization. For example, assu that *@example.com is in the blocked sender list of the administrator console, and john@example.com is in the approved sender list of an end us Messages from john@example.com will still be blocked.<br>IP reputation-based filters use only IP address data to filter messages. You can also use sender email address and domain to filter incoming message Approved senders bypass IP reputation-based filtering at the MTA connection level.<br><br>Lists of approved or blocked senders are managed using the following tabs on the **Inbound Protection → Connection Filtering → Sende Filter** screen: |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | • **Approved Senders**<br>Trend Micro Email Security will not perform the following checks on email messages from senders added to this list:<br>◦ IP reputation-based filtering<br>◦ Unknown sender domain check<br>◦ Spam<br>◦ BEC<br>◦ Phishing<br>◦ Social engineering attack<br>◦ Web reputation<br>◦ Graymail<br>Trend Micro Email Security still performs virus scanning and content filtering on all messages received and takes the action conf in policy rules once detecting any virus or content filtering violation.<br>• **Blocked Senders**<br>Trend Micro Email Security automatically blocks messages sent from addresses or domains added to the blocked list without submitting the messages to any scanning.<br>The **Approved Senders** and **Blocked Senders** tables display the following information:<br>• **Status**: Specifies whether the senders added to a recipient are enabled<br>• **Recipient**: The recipient for which you approved or blocked the specified sender. The options include the entire organization, a managed domain, or a specific recipient address in a managed domain.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-micro-email-security-online-help- |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | configuring-approved |
| 1c. perform a risk determination of the message by determining whether the message comprises a hyperlink and | The Accused Products determine whether a received email message comprises a hyperlink as part of URL, suspicious-link, and Time-of-Click analysis. TrendAI Email Security documentation states that, when Time-of-Click Protection is enabled, TrendAI Email Security rewrites URLs in email messages for further analysis and analyzes those URLs at the time of click. Deep Discovery Email Inspector documentation similarly states that it provides Time-of-Click protection against malicious URLs in email messages and rewrites URLs in email messages for further analysis.<br><br>Trend Micro performs a risk determination of the message by determining whether the message comprises a hyperlink. |

Exhibit 4 to Complaint

| |   Did you receive emails from **Just Eat** that you can claim a reward by clicking on clicking on a hyperlink? Be careful, it is a **phishing** scam!<br><br>Scammers spoof the email in the name of Just Eat and make it seem legitimate, but the link they provide is a **phishing link**. Once you click on it, you will be taken to a web page where you'll be asked to enter your sensitive information, such as home adresses and credit card numbers. Just Eat has already confirmed that this email is fake.<br><br>Be careful! You can copy/paste any link and send it to ***Trend Micro Check*** for immediate scam detection. |
|---|---|

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://news.trendmicro.com/2021/03/08/scam-alert-just-eat-gift-card-phishing-email-2/?_ga=2.263329417.407706988.1720460541-1770552866.1719937413&_gac=1.57339480.1719945030.CjwKCAjwyo60BhBiEiwAHmVLJaZGspYyLLylT8O5VnK7ROYjKcld_ZBudlsdU6AZc_YxPFwJQxv1nhoCZT8QAvD_BwE<br><br>Trend Micro may also detect the presence of malware in a hyperlink by hovering over the link:<br><br>**Trojan**<br><br>We found another method for spreading malware—abusing the hover action of the mouse's pointer over a hyperlinked picture or text in a PowerPoint slideshow. This is used by a Trojan downloader coming from a spam email campaign in the EMEA region.<br><br>By: Rubio Wu, Marshall Chen<br>June 09, 2017<br>Read time: 6 min (1536 words)<br><br>Subscribe<br><br>**Authors**<br>**Rubio Wu**<br>Threats Analyst<br>**Marshall Chen**<br>Threats Analyst<br>CONTACT US<br>SUBSCRIBE<br><br>*Updated on July 25, 2017, 2:08 AM PDT to add Cloud App Security (CAS) solutions.*<br><br>While many of today's malware sport relatively new capabilities, most of their authors or operators still use old techniques to deliver them. Malicious macros and shortcut (LNK) files are still used in ransomware, banking Trojans, and targeted attacks, for instance. These methods may be tried-and-tested, but we're also seeing distinctive or otherwise overlooked techniques—such as the abuse of legitimate tools like PowerShell, or using malformed subtitle files to remotely take over a device.<br><br>Recently, we found another unique method being used to deliver malware—abusing the action that happens when simply hovering the mouse's pointer over a hyperlinked picture or text in a PowerPoint slideshow. This technique is employed by a Trojan downloader (detected by Trend Micro as TROJ_POWHOV.A and P2KM_POWHOV.A), which we've uncovered in a recent spam email campaign in the EMEA region, especially organizations in the U.K., Poland, Netherlands, and Sweden. Affected industries include manufacturing, device fabrication, education, logistics, and pyrotechnics.<br><br>**Related Articles**<br>Turning Jenkins Into a Cryptomining Machine From an Attacker's Perspective<br>Mekotio Banking Trojan Threatens Financial Systems in Latin America<br>Examining Water Sigbin's Infection Routine Leading to an XMRig Cryptominer<br>See all articles › |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://www.trendmicro.com/en_us/research/17/f/mouseover-otlard-gootkit.html |
| 1d. by determining whether a display name of the first party and a display name of third party are the same **or** | The Accused Products perform a risk determination by determining whether the display name of the third party matches, or appears to match, the display name of a trusted first party. For example, Trend Micro documentation describes display-name spoofing as an attack in which an attacker forges the display name of an email message to make the message appear to come from someone known or trusted, and Trend Micro provides display-name-spoofing detection and exception-list functionality for such checks.<br><br>Trend Micro's BEC / unusual-signal materials further identify checks where the sender's display name matches a configured High Profile Users list.<br><br>Trend Micro performs a risk determination of the message by determining whether a display name of the first party and a display name of third party are the same.<br><br>For example, Trend Micro may invoke display name spoofing detection: |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | Display Name Spoofing Detection: Optionally select the check box to enable display name spoofing detection. By default, this option is disabled.<br><br>Cloud App Security checks the display name of an external sender to find out whether the name is similar to or the same as the one used in your organization, and then analyzes email messages from the sender to determine whether the message is a scam, phishing, BEC, or ransomware attack. Cloud App Security takes the configured action based on the category of threat detected to protect users of your organization from email impersonation attacks using display name spoofing.<br><br>**Note**<br>◦ If you want to exclude certain external senders from this detection, go to **Administration → Global Settings → Display Name Spoofing Detection Exception List** and add the sender email addresses to the exception list.<br>◦ This feature is not available for the outbound protection of Exchange Online (Inline Mode). |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Configure display name spoofing detection exception list**<br><br>The Display Name Spoofing Detection Exception List specifies the email addresses of external senders that you believe are trusted and want to skip from display name check for email impersonation attacks using display name spoofing.<br><br>Display name spoofing is when an attacker forges the display name of an email message to make the message look like it comes from someone you know or a trusted source, for example, an executive of your organization, but the email address behind it is incorrect. Such attack aims to trick the victims into divulging sensitive personal or business information for sabotage or money.<br><br>As a global setting, the exception list is applicable to all enabled Advanced Threat Protection policies for your email service, that is, Exchange Online or Gmail.<br><br>**Procedure**<br><br>1. In Cloud Email and Collaboration Protection, go to **Policies → Global Settings → User-Defined Lists → Display Name Spoofing Detection Exception List**.<br>2. Perform the following tasks:<br>◦ Click **Add**, on the **Add Email Address** screen that appears, specify the email address that you want Cloud Email and Collaboration Protection to skip from display name check, and then click **Save**.<br>**Note**<br>A maximum of 500 email addresses can be added.<br>◦ Select one or multiple email addresses, click **Delete** to remove them from the exception list, and then click **OK**.<br>3. Click **OK**.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-display-spoofing-detection |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| | Trend Micro may also combine multiple factors and thresholds to detect similarities: |

| | | |
|---|---|---|
| | Unusual Signal Detection | (Exchange Online only)<br><br>**Note**<br>This feature is not available for Exchange Online (Inline Mode).<br><br>Unusual signals are the behavior or traits of an email that look suspicious to Cloud App Security single unusual signal does not mean a definite threat but can indicate possible risks. When detecting one unusual signal in an email message, Cloud App Security supports taking the actio for **Unusual Signal** on the message. For details about unusual signals, see Unusual Signals.<br><br>◦ Select whether to check for external senders with any of the following suspicious attribute<br>▪ The sender's display name matches the High Profile Users list.<br>This feature requires that you configure the High Profile Users list.<br>▪ The sender has not sent any email in at least the past 30 days.<br>The sender can be from an existing domain or a newly registered one.<br><br>**Note**<br>Cloud App Security determines whether a sender meets the criteria based on the information collected by Trend Micro.<br><br>◦ Select whether to check for other unusual signals.<br>The following are some examples:<br>▪ Anomalous brand behavior<br>▪ URL similar to a known malicious link<br>▪ Unfamiliar sender discussing payment related issues<br>Trend Micro will keep adding new unusual signals to help you detect more email behavior traits that deviate from what is normal or usual. |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | *Id.*<br><br>https://www.trendmicro.com/content/dam/trendmicro/global/en/business/products/user-protection/email-and-collaboration/cloud-email-gateway-services/ds_email_security.pdf<br><br>Another example is Trend Micro's Business Email Compromise technology that includes examining email header components:<br><br>MAIL HEADER<br>Received: from p3plwbeout05-06.prod.phx3.secureserver.net (p3plsmtp05-06-02.prod.phx3.secureserver.net [97.74.135.51]) (using TLSv1.2 with cipher DHE-RSA-AES128-SHA (128/128 bits)) (No client certificate requested) by itf-01.company.com (Postfix) with ESMTPS id E0B9815FC65 for <Sandra_Finance@company.com>; Mon, 1 Aug 2016 05:47:42 +0000 (UTC)<br>Received: from localhost ([97.74.135.4]) by p3plwbeout05-06.prod.phx3.secureserver.net with bizsm[illegible] Sun, 25 Jul 2016 20:17:32 -0700<br>X-CMAE: v=2.1 cv=L/aTQoj8 c=1 sm=1 tr=0 p=i-petxfovf8A:10 a=glJzh28+BKpTIJ+heJPmag==:117 a=g[illegible]W_t1CCXrUA:10 a=s5jvgZ67dGcA:10 a=WJA2BgnzfmMA:10 a=A7pwO9xP048A:10 a=IkcTkHD0fZMA:10 a=7z1cN_iqozs[illegible]21 a=QEXd-DO2ut3YA:10 a=_W_S_7VecoQA:10<br>Message-Id: <08924520399f2e65d9e0753294fa8fa4@email05.secureserver.net><br>User-Agent: Workspace Webmail 6.4.2<br>X-Domain: entraser.com<br>X-SID: Rhni1t00205rkER01<br>Received: (qmail 15064 invoked by uid 99); 1 Aug 2016<br>Content-Transfer-Encoding: quoted-printable<br>From: "Wilson Ceo" <wilson_ceo@compony.com><br>To: Sandra_Finance@company.com<br>Content-Type: text/html; charset="utf-8"<br>X-Originating-IP: 154.118.71.165<br>Subject: URGENT<br>X-Sender: amina@entraser.com<br>Reply-To: "Wilson Ceo" <emailpresident2@gmail.com><br>Date: Sun, 31 Jul 2016 22:47:40 -0700<br>INSECURE EMAIL PROVIDER<br>FORGED FROM: DOMAIN<br>FAKE EXECUTIVE EMAIL<br><br>https://www.trendmicro.com/en_us/business/products/email-security.html |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| | Trend Micro also analyzes display names to determine validity:<br><br>See https://www.trendmicro.com/en_us/business.html<br><br>Attack surface coverage<br>The growing attack surface is challenging. Trend Vision One brings comprehensive security to your environment to monitor, secure, and support:<br>Users and devices – no matter where they are or what they're doing<br>Data center and cloud – from workloads to cloud-native apps and cloud storage<br>Networks – inclusive of OT/IoT and your service edge<br>Eliminate gaps<br>Manage cyber risk<br>Anchor, integrate operations<br>Harness threat intelligence<br>Managed service support<br>https://www.trendmicro.com/en_us/business/products/one-platform.html?utm_campaign=ADC2022_NABU_TM1&utm_medium=VURL&utm_source=General&utm_content=business/products/one-platform.html |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| |  <br><br>https://www.trendmicro.com/en_us/business/products/one-platform.html?utm_campaign=ADC2022_NABU_TM1&utm_medium=VURL&utm_source=General&utm_content=business/products/one-platform.html |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| |  <br><br>https://www.trendmicro.com/en_us/business/products/email-security.html<br><br>Trend Micro describes unsuccessful attempts to combat phishing: |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **CAPTCHA evasion techniques for phishing**<br><br>Phishing URL<br>Phishing attachment<br>Access URL/ attachment<br>Web content crawler (analysis module)<br>Human user selects URL or attachment<br>Captcha page (evasion techniques)<br>Manual verification<br>Phishing page<br>©2023 TREND MICRO<br><br>Figure 1. CAPTCHA evasion techniques for phishing<br><br>In the past, crawlers from an analysis module could access the content of phishing websites, allowing for detection based on specific features and metadata associated with the website content. However, with the introduction of CAPTCHA, traditional methods have not been able to detect many crucial clues and information, thus rendering existing solutions ineffective.<br><br>https://www.trendmicro.com/vinfo/us/security/news/internet-of-things/addressing-captcha-evading-phishing-threats-with-behavior-based-ai-protection |
| 1e. that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string | Because the claim is satisfied by either display-name matching or domain-name similarity, the display-name-spoofing evidence above independently supports this limitation. In the alternative, the Accused Products also support domain-similarity analysis. Trend Micro identifies suspicious domains and URLs, and Trend Vision One includes string-distance testing that can compare character strings for similarity. |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| distance below a first threshold or being conceptually similar based on a list of conceptually similar character strings; | This is an "or" limitation and nothing further is required. Nevertheless, on information and belief Trend Micro determines that a domain name is similar by string distance or conceptual similar character strings.<br><br>Trend Micro may determine the domain name is similar by conceptually similar character strings, for example:<br><br>MAIL HEADER<br>Received: from p3plwbeout05-06.prod.phx3.secureserver.net (p3plsmtp05-06-02.prod.phx3.secureserver.net [97.74.135.51]) (using TLSv1.2 with cipher DHE-RSA-AES128-SHA (128/128 bits)) (No client certificate requested) by itf-01.company.com (Postfix) with ESMTPS id E0B9815FC65 for <Sandra_Finance@company.com>; Mon, 1 Aug 2016 05:47:42 +0000 (UTC)<br>Received: from localhost ([97.74.135.4]) by p3plwbeout05-06.prod.phx3.secureserver.net with bizsm ... 32 -0700<br>X-CMAE: v=2.1 cv=L/aTQoj8 c=1 sm=1 tr=0 p=i-petxfovf8A:10 a=glJzh28+BKpTIJ+heJPmag==:117 a=g ... W_t1CCXrUA:10 a=s5jvgZ67dGcA:10 a=WJA2BgnzfmMA:10 a=A7pwO9xP048A:10 a=IkcTkHD0fZMA:10 a=7z1cN_iqozs ... 21 a=QEXd-DO2ut3YA:10 a=_W_S_7VecoQA:10<br>Message-Id: <08924520399f2e65d9e0753294fa8fa4@email05.secureserver.net><br>User-Agent: Workspace Webmail 6.4.2<br>X-Domain: entraser.com<br>X-SID: Rhni1t00205rkER01<br>Received: (qmail 15064 invoked by uid 99); 1 Aug 2016<br>Content-Transfer-Encoding: quoted-printable<br>From: "Wilson Ceo" <wilson_ceo@compony.com><br>To: Sandra_Finance@company.com<br>Content-Type: text/html; charset="utf-8"<br>X-Originating-IP: 154.118.71.165<br>Subject: URGENT<br>X-Sender: amina@entraser.com<br>Reply-To: "Wilson Ceo" <emailpresident2@gmail.com><br>Date: Sun, 31 Jul 2016 22:47:40 -0700<br>INSECURE EMAIL PROVIDER<br>FORGED FROM: DOMAIN<br>FAKE EXECUTIVE EMAIL<br><br>https://www.trendmicro.com/en_us/business/products/email-security.html<br><br>Another example is Trend Micro using string distance testing, for example: |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | **Distance condition**<br><br>Some of the lists contain a "distance" condition to determine if a violation is present. "Distance" refers to the amount of characters between the first character of one keyword and the first character of another keyword. Consider the following entry:<br><br>**First Name:_John_** Last Name:_Smith_<br><br>The **Forms - First Name, Last Name** list has a "distance" condition of fifty (50) and the commonly used form fields of "First Name" and "Last Name". In the example above, Data Loss Prevention triggers a violation as the number of characters between the "F" in First Name and the "L" in Last Name is equal to eighteen (18).<br><br>For an example of an entry that does not trigger a violation, consider the following:<br><br>The **first name of our new employee from Switzerland is John. His** last name is Smith.<br><br>In this example, the number of characters between the "f" in "first name" and the "l" in "last name" is sixty-one (61). This exceeds the distance threshold and does not trigger a violation.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-distance-condition<br>% |
| 1f. responsive to the first party being trusted by the second party, and that the message is determined to pose a risk, automatically perform a security action and a report generation action without having received any user input from a user associated with the second party in response to the message, | The Accused Products are configured to automatically perform security actions and report-generation actions when a message is determined to pose a risk, without requiring user input from the protected recipient in response to the message. For example, Deep Discovery Email Inspector policy actions include terminal actions such as Delete message, Change recipient, Block and quarantine, and Deliver directly. Trend Micro documentation further describes actions including Pass and tag, inserting headers or stamps, stripping attachments, sanitizing files, and sending notifications. These actions are applied according to configured policies when a message matches the relevant rule.<br><br>Trend Micro also generates message-tracking records and logs for messages processed by the system. Deep Discovery Email Inspector tracks blocked and delivered email messages and |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | records message details including the sender, recipients, and policy action taken.<br><br>For example, for emails from trusted senders ("Approved Senders"), where Trend Micro detects any virus or content filtering violations it will next take the action configured in the policy rules:<br><br>• Approved Senders<br>Trend Micro Email Security will not perform the following checks on email messages from senders added to this list:<br>◦ IP reputation-based filtering<br>◦ Unknown sender domain check<br>◦ Spam<br>◦ BEC<br>◦ Phishing<br>◦ Social engineering attack<br>◦ Web reputation<br>◦ Graymail<br>Trend Micro Email Security still performs virus scanning and content filtering on all messages received and takes the action configured in policy rules once detecting any virus or content filtering violation.<br><br>See https://docs.trendmicro.com/en-us/documentation/article/trend-micro-email-security-online-help-configuring-approved<br><br>Trend Micro may then automatically perform a security action, such as the indicated quarantine above, and referenced as proactive remediation below. |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | <br><br>https://www.trendmicro.com/en_us/business/products/detection-response/attack-surface-management.html<br><br>Trend Micro may also perform a report generation action without having received any user input from a user associated with the second party in response to the message. |

| | |
|---|---|
| | Create, manage, and schedule reports designed to present an overview of your company's security posture utilizing security data within your environment. Report templates gather information from various Trend Vision One apps and generate reports in formats that are easy to share with stakeholders within your company. Additionally, you can locate the reports manually exported from the Trend Vision One apps.<br><br>The following table outlines the tabs on the **Reports** screen (**Dashboards and Reports → Reports**). |

| Tab | Description |
|---|---|
| Report Templates | Allows you to create a custom report or create a report using a template<br>• Click **Create custom report** and follow the on-screen instructions to create a custom report.<br>• Click a template title to **create a report from a template**.<br>• Click **View CSV Fields** to see a list of data fields included in a CSV report.<br>• Click **View PDF Sample** to see a preview of the PDF report format. |
| Generated Reports | Displays all previously generated reports and status information<br>The **Generated Reports** tab contains two subtabs: **Reports Created from Templates** and **Reports Exported from Trend Vision One Apps**. On either of the tabs:<br>• Click the download icon ( ) in the **Download** column to download a report.<br>• To delete generated reports, select any number of reports and click **Delete**.<br>**Note**<br>Deleting a report only deletes the generated CSV or PDF and does not delete any related schedules. |
| Scheduled Report Settings | Allows you to manage and configure report settings for scheduled report generation<br>• Click a report name to view or edit the settings of a scheduled template report or custom report.<br>• To delete a reports schedule, select any number of reports and click **Delete**. |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-reports<br><br>Trend Micro performs a report generating action comprises including information about the received message in a report accessible to an admin of the system. For example, reporting and visibility dashboards, intelligence reporting, and audit logs. |

Solution Brief

According to ESG, organizations with Trend XDR are 2.2 times more likely to detect an attack, save up to 79% on security costs, and improve response time by 70%.

- **Earlier detection:** XDR improves your team's visibility and reduces silos to unearth threats evading detection by hiding in between security silos amid disconnected solution alerts
- **Advanced correlation:** By leveraging native and third-party data, your security team is enabled to deliver deep activity data—not just XDR detections—across endpoint, email, server, cloud workloads, and networks
- **Optimized detection modeling:** Threat intelligence incorporates more sources and research insight to enrich detection and investigation to deliver greater context to your team
- **Faster investigation:** By quickly visualizing the full attack story, XDR automatically pieces together fragments of malicious activity across your security layers
- **Complete response:** Enacting embedded response options across multiple security layers enables your security team to prioritize, automate, and accelerate response actions from one location

### Experience Trend Vision One

**Platform trial**

Explore the entire Trend Vision One platform free for 30 days. Access powerful XDR capabilities, leading attack surface management tools, and award-winning global threat intelligence.

Get started today.

**Essential access for Trend protection customers**

Trend customers are entitled to complimentary Trend Vision One™ Essential Access for the duration of their protection product license.

Learn how to activate and access your account.

**Essential Access includes a subset of Trend Vision One apps including:**

| Reporting and visibility | Workflow and automation |
|---|---|
| • Executive dashboard<br>• Operations dashboard | • Third-party integration<br>• Service gateway<br>• Playbooks |
| **Assessment – uncover malicious activity** | **Product Connector** |
| • At-risk mailbox<br>• At-risk endpoint<br>• At-risk users<br>• At-risk cloud apps<br>• Trend Phishing Simulation | • Protection product connection |
| | **Threat identification and hunting** |
| | • Targeted attack detection<br>• Search |
| **Threat intelligence** | **Admin** |
| • Intelligence report<br>• Suspicious object management<br>• Third-party intelligence (TAXII, MISP)<br>• Campaign intelligence<br>• Vulnerability intelligence | • Audit logs<br>• Credit usage<br>• User accounts<br>• Notifications<br>• Console and support settings |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://www.trendmicro.com/en_us/business/products/one-platform.html |
| 1g. wherein the security action comprises replacing the hyperlink in the message with a proxy hyperlink, | Trend Micro replaces provides multiple options when a suspected threat is detected, *e.g.*, a suspicious hyperlink, such as directing the user with another hyperlink to a new application and browser session:<br><br>The Accused Products replace original hyperlinks in received email messages with rewritten Trend Micro-controlled URLs for Time-of-Click analysis. The rewritten URL functions as a proxy hyperlink because it directs the user through Trend Micro's analysis and enforcement infrastructure, references or corresponds to the original URL, and enables Trend Micro to block access, display a warning page, or redirect based on the URL's risk level. TrendAI Email Security documentation states that, when Time-of-Click Protection is enabled, TrendAI Email Security rewrites URLs in email messages for further analysis, analyzes those URLs at the time of click, and blocks access or shows a warning page if they are malicious. Deep Discovery Email Inspector documentation similarly states that, when Time-of-Click protection is enabled, it rewrites URLs in email messages for further analysis and displays blocking or warning redirect pages on endpoints. Hosted Email Security documentation likewise states that Time-of-Click Protection rewrites URLs in email messages for further analysis. |

| | When using built-in redirect pages, ensure that the message recipients can open the redirect pages. If the redirect pages cannot be opened, check your network configuration or use external redirect pages.<br><br>**Procedure**<br><br>1. Go to **Policies → Policy Objects → Redirect Pages.**<br>2. Select whether to use external or built-in redirect pages.<br>◦ **Use external redirect pages:** Type the page URL of the **Blocking page** to use<br>◦ **Use built-in redirect pages:** Select to show the **Warning page** or **Blocking page.**<br>Do the following to edit the redirect page:<br>▪ Select **Use host name in link. Configure the host name to enable this setting..**<br><br>**Tip**<br>Trend Micro recommends enabling this setting to prevent users from accidentally visiting the malicious website.<br>▪ Click **host name** to redirect to the **System Settings** screen where you can view or change the **Host name** setting under **Host Name / Gateway / DNS.**<br>**Note**<br>Save any changes before navigating away from the **Policy** screen.<br>▪ Click the **Replace image** ( ) icon to browse and select an image file.<br><br>**Important**<br>Images cannot be bigger than 500x60 pixels and must be in GIF, JPEG, or PNG format.<br>▪ Click the **Edit** ( ) icon to open the field for editing.<br>▪ Click the **Enable** hyperlink to open the **Administrator Contact Information** fields for editing.<br><br>3. Click **Save.**<br><br>https://docs.trendmicro.com/en-us/documentation/article/deep-discovery-email-inspector-51-online-help-customizing-the-redi#GUID-EABD2355-A844-4C78-AF54-C37BC9EB3B9B |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| | Trend Micro also allows for the modification of a hyperlink endpoint by "isolating" the endpoint supposedly directed to a suspicious destination and replacing that endpoint action by specifying a "protocol, IP address, and destination port." By specifying an endpoint different than the hyperlink this would function as the proxy hyperlink. |

# Isolating Endpoints

Isolate at-risk endpoints to run an investigation and resolve security issues. Restore the connection promptly when all issues have been resolved.

**Procedure**

1. Go to **Directories → Users/Endpoints**.
2. Select to view endpoints.
3. Click the name of an endpoint in the list.
4. On the **Endpoint** information screen that appears, click **Task → Isolate**.

   Apex Central disables the **Isolate** option on endpoints for the following reasons:

   - The agent on the endpoint runs an unsupported version.
   - The user account used to log on to Apex Central does not have the necessary permissions.

5. A message appears at the top of the **Endpoint** information screen that allows you to monitor the isolation status. After isolation completes, the message closes and a notification appears on the target endpoint to inform the user.

   If a problem occurs during the isolation process, the message at the top of the **Endpoint - {name}** screen informs you of the problem.

6. To view all isolated endpoints on your Apex Central network, click the **Endpoints → Filters → Network Connection → Isolated** node in the User/Endpoint Directory tree.
7. (Optional) To configure allowed inbound and outbound traffic to all isolated endpoints:

   a. Click the **Control** hyperlink in the note on the screen that appears.



| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | b. Select **Control traffic on isolated endpoints**.<br>c. Expand the **Inbound Traffic** or **Outbound Traffic** sections.<br>d. Specify the allowed traffic by specifying the **Protocol**, **IP Address**, and **Destination Port**.<br>Separate multiple destination ports using commas.<br>e. Add multiple inbound and outbound entries by clicking the - control to the right of the **Destination Port** information.<br>**Note**<br>After modifying the allowed traffic settings, all previously isolated endpoints and any endpoints isolated later apply the inbound and outbound traffic settings.<br>8. After you have resolved the security threats on an isolated endpoint, restore network connectivity from the following locations:<br>◦ **Endpoint** information screen: Click **Task → Restore**.<br>◦ **Endpoints → Filters → Network Connection → Isolated**: Select the endpoint row in the table and click **Task → Restore Network Connection**.<br>9. A message appears at the top of the screen that allows you to monitor the restoration status. After restoration completes, the message closes and a notification appears on the target endpoint to inform the user.<br>If a problem occurs during the restoration process, the message at the top of the screen informs you of the problem.<br><br>https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-for-mea-isolate-network-endpoints<br><br>Trend Micro also provides for a URL re-writing to redirect a user's link to an alternate location in the event of a security issue. This URL re-writing can optionally be a proxy hyperlink. For example, the use of TippingPoint Advanced Threat Protection for Email that includes analyzing |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | suspicious links and attachments that may then act as a Mail Transfer Agent, *e.g.*, URL rewriting: |

**About TippingPoint Advanced Threat Protection for Email**

TippingPoint Advanced Threat Protection for Email stops sophisticated targeted attacks and cyber threats by scanning, simulating, and analyzing suspicious links and attachments in email messages before they can threaten your network. Designed to integrate into your existing anti-spam/antivirus network topology, TippingPoint Advanced Threat Protection for Email can act as a Mail Transfer Agent in the mail traffic flow or as an out-of-band appliance silently monitoring your network for cyber threats.

**Related information**

- What's New
- Features and Benefits

**What's New**

**New Features in TippingPoint Advanced Threat Protection for Email (ATP Email) 2.5**

| Feature | Description |
|---|---|
| Domain-based email delivery | ATP Email routes email messages to specified servers based on domains and email addresses.<br>For details, see Message Delivery |
| Simple Network Management Protocol (SNMP) support | ATP Email sends SNMP trap messages to notify administrators about events that require attention, and listens to SNMP manager requests for system information, status updates, and configuration.<br>For details, see SNMP |
| URL rewriting | ATP Email prevents connections to suspicious URLs and instead redirects users to custom warning or blocking pages.<br>For details, see Redirect Pages |
| [illegible] | [illegible]<br>For details, see Virtual Analyzer File Submission Filters |
| TippingPoint Advanced Threat Protection Analyzer integration | ATP Email can send objects to TippingPoint Advanced Threat Protection Analyzer for better processing performance.<br>For details, see Configuring an External Virtual Analyzer |
| Smart Protection Server integration | ATP Email integrates with Smart Protection Server for web reputation data.<br>For details, see Setting Up Smart Protection Server |
| Enhanced Control Manager integration | ATP Email sends suspicious objects to and receives exceptions from Control Manager.<br>For details, see Control Manager Settings |
| Enhanced syslog integration | ATP Email sends logs for detections, analysis, alerts, and system events to up to three syslog servers.<br>For details, see Syslog |
| Advanced Threat Indicators widget | The Advanced Threat Indicators widget shows the type, count, and risk level of advanced threat indicators in all email messages.<br>For details, see Advanced Threat Indicators |
| Support of high-end hardware modules | ATP Email supports the high level hardware module, ATP Email 9100. |

About TippingPoint Advanced Threat Protection for Email (trendmicro.com)

*Note*: Should the claim elements required by this limitation be construed in a manner to exclude the means by which Trend Micro modifies suspicious destination hyperlinks from literal infringing this element, infringement may still be found under the doctrine of equivalents.

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
| --- | --- |
| | Under the doctrine of equivalents, it generally suffices for an element of an accused device to be found to meet a claim limitation "if it performs substantially the same function in substantially the same way to obtain the same result" as the claim limitation, properly construed. *Warner-Jenkinson Co., Inc. v. Hilton Davis Chemical C*o., 520 U.S. 17, 38–39 (1997) (cleaned up); *see Dolly, Inc. v. Spalding & Evenflo Cos*., 16 F.3d 394, 400 (Fed. Cir. 1994). "To be a 'substantial equivalent,' the element substituted in the accused device for the element set forth in the claim must not be such as would substantially change the way in which the function of the claimed invention is performed." *Perkin–Elmer Corp. v. Westinghouse Electric Corp*., 822 F.2d 1528, 1533 (Fed. Cir. 1987). |
| 1h. wherein the report generating action comprises including information about the received message in a report accessible to an admin of the system; and | The Accused Products perform a report-generating action by including information about the received message in administrator-accessible message-tracking logs, reports, or dashboards. For example, Deep Discovery Email Inspector's Email Message Tracking feature tracks any email message that passed through the product, including blocked and delivered messages, and records message details including the sender, recipients, and policy action taken. Message-tracking logs also indicate whether an email message was received or sent by Deep Discovery Email Inspector and provide evidence about the product's investigation of the email message. |

| | |
|---|---|
| | Create, manage, and schedule reports designed to present an overview of your company's security posture utilizing security data within your environment. Report templates gather information from various Trend Vision One apps and generate reports in formats that are easy to share with stakeholders within your company. Additionally, you can locate the reports manually exported from the Trend Vision One apps.<br><br>The following table outlines the tabs on the **Reports** screen (**Dashboards and Reports → Reports**).<br><br>(see table below) |

| Tab | Description |
|---|---|
| Report Templates | Allows you to create a custom report or create a report using a template<br>• Click **Create custom report** and follow the on-screen instructions to create a custom report.<br>• Click a template title to create a report from a template.<br>• Click **View CSV Fields** to see a list of data fields included in a CSV report.<br>• Click **View PDF Sample** to see a preview of the PDF report format. |
| Generated Reports | Displays all previously generated reports and status information<br>The **Generated Reports** tab contains two subtabs: **Reports Created from Templates** and **Reports Exported from Trend Vision One Apps**. On either of the tabs:<br>• Click the download icon ( ) in the **Download** column to download a report.<br>• To delete generated reports, select any number of reports and click **Delete**.<br>**Note**<br>Deleting a report only deletes the generated CSV or PDF and does not delete any related schedules. |
| Scheduled Report Settings | Allows you to manage and configure report settings for scheduled report generation<br>• Click a report name to view or edit the settings of a scheduled template report or custom report.<br>• To delete a reports schedule, select any number of reports and click **Delete**. |

| Claim Language | Evidence of Use by Trend Micro including cloud based and on-premises products, including Trend Vision One – Attack Surface Risk Management, Apex One, Deep Discovery, Service One, Cloud App Security, Email Security Advanced, ScanMail, Hosted Email Security, InterScan Messaging, Security Virtual Appliance, Deep Discovery Email Inspector |
|---|---|
| | https://docs.trendmicro.com/en-us/documentation/article/trend-vision-one-reports |
| 1i. a memory coupled to the processor and configured to provide the processor with instructions. | Trend Micro also uses a memory coupled to the processor and configured to provide the processor with instructions.<br><br>For cloud-based implementations, the processor and memory are part of Trend Micro's hosted server infrastructure; for on-premises implementations, they are part of the deployed Trend Micro appliance, server, or customer-hosted computing environment. Trend Micro software products are executed on computers that include memory coupled to processors and configured to provide instructions to those processors. |